# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MISTIE BEAN**                                                                                           **PLAINTIFF**

v.                                    **Case No.: 4:20-cv-798-LPR**

**WAYNE FARMS LLC**                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant on all claims asserted against it.

IT IS SO ADJUDGED this 21st day of March 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE